IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MELISSA J. STEWART, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:02cv361 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on August 27, 2008 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 17, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is REVERSED pursuant to Sentence Four of 42 U.S.C. § 415(g) consistent with this opinion and REMANDED for an award of benefits for the period of July 30, 1999 until March 31, 2001.

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Judge